UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KENNETH DE VOS,

                Plaintiff,

-against-

SUN GRAPHICS CORP.,

                Defendant.
-------------------------------------------------------------------X

JUDGMENT
05-CV-1133 (RLM)

      A Memorandum and Order of Honorable Roanne L. Mann, United States Magistrate Judge, having been filed on June 16, 2006, finding that plaintiff is owed $511,683.00 in commissions, with pre-judgment interest at nine-percent per annum, calculated as specified on page 2 of this opinion; plus $14,200.00 for the remaining balance on the Moll Gluing Machine, with pre-judgment interest at nine percent per annum, calculated from December 31, 2004; and $13,410.87 in fees and costs; it is

      ORDERED and ADJUDGED that plaintiff is owed $511,683.00 in commissions, with pre-judgment interest at nine-percent per annum, calculated as specified on page 2 of this opinion; plus $14,200.00 for the remaining balance on the Moll Gluing Machine, with pre-judgment interest at nine percent per annum, calculated from December 31, 2004; and $13,410.87 in fees and costs.


Dated: Brooklyn, New York
       June 19, 2006

                                          ROBERT C. HEINEMANN
                                          Clerk of Court